**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE ALBERTO GUTIERREZ-CERVERA, | No. 10-73838 |
| Petitioner, | Agency No. A091-943-917 |
| v. | MEMORANDUM* |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 17, 2012**

Before:    LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

Jose Alberto Gutierrez-Cervera, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's removal order.  Our jurisdiction is governed by 8 U.S.C.

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1252. We review de novo questions of law. *Szalai v. Holder*, 572 F.3d 975, 978-79 (9th Cir. 2009). We deny in part and dismiss in part the petition for review.

The agency properly concluded that Gutierrez-Cervera is removable under 8 U.S.C. § 1227(a)(2)(E)(ii) where he was convicted twice under Cal. Penal Code § 273.6(a) for knowingly and intentionally violating a protection order. *See Alanis-Alvarado v. Holder*, 558 F.3d 833, 839-40 (9th Cir. 2009) (state court need not find that alien actually had engaged in violent, threatening, or harassing behavior, but that alien violated "the portion of a protection order that involves protection against" violence, threats, or harassment).

We lack jurisdiction to review the agency's denial of cancellation of removal as a matter of discretion. *See* 8 U.S.C. § 1252(a)(2)(B)(i).

Respondent's motion to strike Exhibit A from Gutierrez-Cervera's opening brief is granted. *See* 8 U.S.C. § 1252(b)(4).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**